FILED
August 16, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                  )      Case No. CR S-05-0125 MCE
      Plaintiff, )
v.                           )      ORDER FOR RELEASE OF
                                  )      PERSON IN CUSTODY
CHEVON OLIVER, )
                                  )
      Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHEVON OLIVER , Case No.  CR S-05-0125 MCE , Charge  18 USC §§ 1344 (1); 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_   Release on Personal Recognizance

   \_   Bail Posted in the Sum of $_____

   X   Unsecured Appearance Bond $ 15,000

   \_   Appearance Bond with 10% Deposit

   \_   Appearance Bond with Surety

   \_   Corporate Surety Bail Bond

   \_   (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 16, 2005  at  2:55 p.m. .

                                         By  /s/ Dale A. Drozd
                                              Dale A. Drozd
                                              United States Magistrate Judge

Original - U.S. Marshal