FILED
August 16, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR S-05-0125 MCE
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
CHEVON OLIVER, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __CHEVON OLIVER__ , Case No. __CR S-05-0125 MCE__ , Charge __18 USC §§ 1344 (1); 2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

    X Unsecured Appearance Bond $ _15,000_

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    __ (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __August 16, 2005__ at __2:55 p.m.__ .

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal